JS 45 (11/2002)

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☒ No ☐
Criminal Complaint:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

Judge Assigned:
Criminal Number:
New Defendant:
Arraignment Date:

## Defendant Information:
Juvenile: Yes ☐ No ☒    FBI#
Defendant Name: **BRIAN TAYLOR SUMNER**    Alias Name(s):
Address:
Birth Date: ▮▮1979  SS#: ▮▮1901  Sex: male  Race: white  Nationality:  Place of Birth:
Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:
Interpreter: Yes ☐ No ☒  List Language and/or dialect:

## Location Status:
Arrest Date:
☐ Already in Federal Custody as of: ____ in: _____.
☐ Already in State Custody        ☐ On Pretrial Release    ☒ Not in Custody
☒ Arrest Warrant Requested        ☐ Fugitive               ☐ Summons Requested
☐ Arrest Warrant Pending          ☒ Detention Sought       ☐ Bond

## Defense Counsel Information:
Name:                ☐ Court Appointed
Address:             ☐ Retained
                     ☐ Public Defender
                     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Email:               ▮▮▮▮▮▮▮▮

## U.S. Attorney Information:
AUSA: **Darryl J. Mitchell**    Telephone No. 757-441-6331    Bar #:

### Complainant Agency, Address & Phone Number or Person & Title:
Homeland Security Investigations, 200 Granby Street, Suite 600, Norfolk, Virginia 23510

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine | 1 | Felony |
| Set 2 | 21 U.S.C. § 841(a)(1) 21 U.S.C. § 853; | Distribute and Possess with Intent to Distribute Methamphetamine | 5, 6 | Felony |
| Set 3 | 18 U.S.C. § 924(d) | Criminal Forfeiture | | |