JS 45 (11/2002)

# Criminal Case Cover Sheet U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: | Criminal Number: |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

Juvenile: Yes ☐ No ☒  FBI# 825622VB7

Defendant Name: CHRISTOPHER SEAN WOLFE     Alias Name(s):

Address:

Birth Date: ▮▮▮ 1979  SS#: ▮▮▮-8622  Sex: male  Race: white  Nationality:  Place of Birth: Florida

Height: 5'11"  Weight: 160  Hair: brown  Eyes: green  Scars/Tattoos:

Interpreter: Yes ☐ No ☒  List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: ____ in: _____.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

Name:        ☐ Court Appointed
Address:     ☐ Retained
             ☐ Public Defender

Email:

## U.S. Attorney Information:

AUSA: **Darryl J. Mitchell**            Telephone No. 757-441-6331    Bar #:

### Complainant Agency, Address & Phone Number or Person & Title:

Homeland Security Investigations, 200 Granby Street, Suite 600, Norfolk, Virginia 23510

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine | 1 | Felony |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribute and Possess with Intent to Distribute Methamphetamine | 3, 4 | Felony |
| Set 3 | 21 U.S.C. § 853: 18 U.S.C. § 924(d) | Criminal Forfeiture | | |