JS 45 (11/2002)
# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: | Criminal Number: |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

Juvenile: Yes ☐ No ☒ FBI# 160555ED7

Defendant Name: **JOHN EDWIN BIERI**   Alias Name(s):

Address: Norfolk, VA

| Birth Date: ▇▇ | SS#: ▇▇5876 | Sex: male | Race: white | Nationality: | Place of Birth: New York |
|---|---|---|---|---|---|
| Height: 5'08" | Weight: 180 | Hair: brown | Eyes: brown | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: ____ in: _____.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

Name:    ☐ Court Appointed
Address: ☐ Retained
         ☐ Public Defender
         ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Email:   ▇▇▇▇▇▇▇▇▇▇▇▇

## U.S. Attorney Information:

| AUSA: **Darryl J. Mitchell** | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

Homeland Security Investigations, 200 Granby Street, Suite 600, Norfolk, Virginia 23510

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine | 1 | Felony |
| Set 2 | 21 U.S.C. § 853; 18 U.S.C. § 924(d) | Criminal Forfeiture | | |