JS 45 (11/2002)
# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☒ No ☐
Criminal Complaint:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

Judge Assigned:
Criminal Number:
New Defendant:
Arraignment Date:

## Defendant Information:
Juvenile: Yes ☐ No ☒   FBI# 10522PC6
Defendant Name: LYNNWOOD HOPKINS COPELAND IV    Alias Name(s): "Casey"

Address:
Birth Date: ▮/1987  SS#: ▮-7818  Sex: male  Race: white  Nationality:  Place of Birth: Italy
Height: 6'00"  Weight: 160  Hair: blonde  Eyes: blue  Scars/Tattoos:
Interpreter: Yes ☐ No ☒  List Language and/or dialect:

## Location Status:
Arrest Date:
☐ Already in Federal Custody as of: ____ in: _____.
☐ Already in State Custody              ☐ On Pretrial Release        ☒ Not in Custody
☒ Arrest Warrant Requested              ☐ Fugitive                   ☐ Summons Requested
☐ Arrest Warrant Pending                ☒ Detention Sought           ☐ Bond

## Defense Counsel Information:
Name:          ☐ Court Appointed
Address:       ☐ Retained
               ☐ Public Defender

Email:

## U.S. Attorney Information:
AUSA: Darryl J. Mitchell        Telephone No. 757-441-6331   Bar #:

### Complainant Agency, Address & Phone Number or Person & Title:
Homeland Security Investigations, 200 Granby Street, Suite 600, Norfolk, Virginia 23510

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribute and Possess with Intent to Distribute Methamphetamine | 2 | Felony |
| Set 2 | 21 U.S.C. § 853: 18 U.S.C. § 924(d) | Criminal Forfeiture | | |