ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEALED
09100-509

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:20cr59 |
| Brian Taylor Sumner | ) | HSI |
|  | ) | FID 11149776 |
|  | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brian Taylor Sumner,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine (Count 1).

2020 JUL 27 PM 12:10

Date: 07/24/2020

/s/ *[signature]*
*Issuing officer's signature*

City and state: Norfolk, VA

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 9/18/2020
at *(city and state)* _____

Date: _____

*[signature]*
*Arresting officer's signature*

George Fox / Special Agent
*Printed name and title*