**SUPERVISED RELEASE/PROBATION VIOLATION HEARING:**

| | | | |
|---|---|---|---|
| Time Set: | 2:00 p.m. | Date: | December 17, 2020 |
| Started: | 2:04 | Presiding Judge: | Lawrence R. Leonard, USMJ |
| Ended: | 2:06 | Courtroom Deputy: | L. Woodcock |
| | | Reporter: | FTR |
| | | U.S. Attorney: | Darryl Mitchell |
| | | Defense Counsel: | James Theuer |
| | | (X) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |
| | | U.S. Probation Officer: | Steve Armitage |

Case Number: 2:20cr59
USA v Brian Taylor Sumner

(X) Matter came on for violation of ( ) Probation   (X) Pretrial Release.
( ) Defendant present.   ( ) in custody) ( ) Not in custody (X) Defendant failed to appear.
( ) Government motion for warrant ( ) Granted   ( ) Denied   11-17 Warrant remains outstanding
( ) Counsel desired.
( ) Financial Affidavit executed and filed in open Court.
( ) Court ( ) Directed ( ) Denied appointment of counsel.
( ) Defendant to retain counsel: _____
( ) Defendant motion to continue ( ) Granted   ( ) Denied
( ) ( ) Probation Violation Hearing   ( ) Supervised Release Violation Hearing reset for
       ___ at ___ before U.S. Magistrate Judge _____
( ) Deft. stipulated to violations in Petition.   ( ) w/exception of: _____
( ) Evidence presented ( ) Argued. ( ) Statement of defendant. ( ) Statement of defendant waived.
( ) Court finds defendant guilty of violating terms of ( ) Supervised Release ( ) Probation and revokes same.
( ) Court finds defendant guilty of violating terms of ( ) Supervised Release ( ) Probation
    and continues defendant on supervision.
( ) Defendant continued on ( ) Supervised Release   ( ) Probation with ( ) additional conditions
    of release: _____
( ) Defendant. committed to custody of Bureau of Prisons for a term of: _____
    ( ) to be released at 5:00 p.m. today.
( ) Court extends ( ) Supervised Release ( ) Probation for a term of: _____
( ) Defendant remanded to custody of U.S. Marshal.
( ) Probation terminated.
( ) Violation Petition dismissed by the ( ) Court   ( ) Government
( ) Defendant previously placed on Probation pursuant to 18:3607. Court finds defendant guilty of violating terms of
    Probation and revokes same. Defendant sentenced on original charge:
( ) Jail: _____ ( ) Probation: ___ ( ) Fine: ___ S/A _____