## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 2:20cr59 |
| | ) | |
| **BRIAN TAYLOR SUMNER** | ) | |

## ORDER

Upon motion of the government, with the concurrence of counsel for the defendant and pursuant to the Speedy Trial Act at 18 U.S.C. § 3161 *et. seq.*, the Court finds that a continuance of trial in this matter is necessary due to the absence and unavailability of the defendant, and is expressly authorized under Section (h)(3)(A) of the Act, which states that any period of delay resulting from the absence or unavailability of the defendant shall be excluded in computing the time within which trial must commence.  18 U.S.C. § 3161(h)(3)(A).  For good cause shown, the trial in this matter is continued generally until the defendant is apprehended and the matter rescheduled for trial by agreement of the Court and the parties.

_____
UNITED STATES DISTRICT JUDGE

Date: _____